**Order entered February 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01634-CV

**SHAMOUN & NORMAN, LLP, Appellant**

**V.**

**ALBERT G. HILL, JR., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER

We **GRANT** the motion of Sharron Rankin, Official Court Reporter for the 160th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **MARCH 6, 2014**.

/s/    ADA BROWN
          JUSTICE